No. 1539. Ramos, Appellee, *v.* Molina et al., Appellants.—Action of debt. Arecibo. July 21, 1916. *Appeal dismissed.*

---

No. 1051. People, Appellee, *v.* Araujo, Appellant.—Adulteration of milk.

No. 1053. People, Appellee, *v.* Requena, Appellant.—Adulteration of milk.

No. 1055. People, Appellee, *v.* Ferrer, Appellant.—Unlawful practice of dental surgery.

San Juan, Section 2. July 16, 1916. *Judgments affirmed.*

---

No. 16. Calderón et al., Petitioners, *v.* Rossy, District Judge, Respondent.—Writ of prohibition. July 26, 1916. *Petition denied.*